MAURICE W. GROBER, PLAINTIFF-CROSS-PETITIONER, v. HERMAN KAHN, *ET AL.*, DEFENDANTS-CROSS-RESPONDENTS.

See same case below: 88 *N. J. Super.* 343.

*Messrs. Greene & Orloff* for plaintiff-cross-petitioner.

*Messrs. Van Riper & Belmont* for defendants-cross-respondents.

October 4, 1965.   Granted.

SONNY LEE MINGO, PLAINTIFF-RESPONDENT, v. WILLIAM DUNCH, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Pindar, McElroy, Connell & Foley* for petitioners.

*Messrs. Freeman & Boss* for respondent.

October 4, 1965.   Denied.